IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ECKERSLEY, | No. 3:13-cv-02519 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| SOUTHWEST AIRLINES CO., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a status conference is scheduled for July 22, 2014, at 10:00 AM, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint status conference statement shall be filed no later than July 15, 2014.

**IT IS SO ORDERED.**

Dated: July 2, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge