IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ECKERSLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　Defendant.<br>_____/ | No. C -13-02519 EDL<br><br>**ORDER CONTINUING PRETRIAL DATES** |

Following the Status Conference on July 22, 2014 and the parties' joint letter of July 23, 2014, the Court hereby continues the pretrial dates in this case. The close of expert discovery is continued to August 8, 2014. The deadline to file the joint pretrial statement and related documents is extended to August 11, 2014. The deadline to file objections and oppositions is continued to August 14, 2014. The pretrial conference is continued to Wednesday, August 27, 2014 at 10:00 a.m. The trial date remains scheduled on September 9, 2014, for two days of opening and closing argument and presentation of evidence.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge